IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-00282 WHA |
| Plaintiff, | |
| v. | **ORDERS RE PASSPORT AND FINE** |
| JOHN WINSTON JOYCE-CLARKE, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 36, a clerical error in the judgment for the above-captioned case is hereby **CORRECTED** to reflect that **NO FINE WAS IMPOSED** upon defendant John Winston Joyce-Clarke.

In addition, the passport of defendant may be released to him forthwith.

These orders are issued upon the requests of defendant and with the written agreement of Susan Knight of the U.S. Attorney's office.

**IT IS SO ORDERED.**

Dated: January 30, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE